# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-3499
_____

United States of America,

*Plaintiff - Appellee*,

v.

Ezequiel Rodriguez,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith

_____

Submitted: June 1, 2022
Filed: June 6, 2022
[Unpublished]

_____

Before COLLOTON, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Ezequiel Rodriguez appeals the sentence imposed by the district court[1] after he pleaded guilty to a drug offense. His counsel has moved to withdraw, and has filed

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the reasonableness of Rodriguez's sentence. We conclude that the sentence was not substantively unreasonable, as there is no indication that the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. David*, 682 F.3d 1074, 1077 (8th Cir. 2012) (standard of review); *United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc).

We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____